# SIMON HAYSOM LLC

| | | |
|---|---|---|
| SIMON D. HAYSOM, ESQ. | ONE RAILROAD AVENUE<br>P.O. Box 487, GOSHEN, N.Y. 10924 | JACQUELINE M. APPEL<br>BANKRUPTCY CASE MANAGER |
| | TEL: (845) 294-3596 | |
| SENIOR COUNSEL | FACSIMILE: (845) 294-8495 (NOT FOR SERVICE OF PAPERS) | MARLEE R. GOSKA<br>OFFICE MANAGER |
| MARK T. STARKMAN, ESQ. | EMAIL: SIMONH@HAYSOMATTORNEYS.COM<br>LOANMOD@HAYSOMATTORNEYS.COM<br>ONLINE: WWW.HAYSOMATTORNEYS.COM | |

May 3, 2018

Honorable Chief Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

Re: Margarucci, Chapter 13, Loss Mitigation, Case # 16-37112

Dear Judge Morris:

This loss mitigation status letter is submitted on behalf of Dominic Margarucci (the "Borrower"), pursuant to the Southern District of New York Mitigation Program Procedures.  The next loss mitigation hearing for this case is scheduled for May 8, 2018.

On April 30, 2018 the Borrower submitted a package to Orange County Rural Development Advisory Corporation and Ronald Howard, Selene's counsel. He currently awaits review of his submission.

If you have any questions, please do not hesitate to contact the undersigned.

Yours sincerely

/s/ Simon D. Haysom


SIMON D. HAYSOM, ESQ
SDH/mg

Cc: Ronald D. Howard, Esq. via ECF