# **SIMON HAYSOM LLC**

| | | |
|---|---|---|
| SIMON D. HAYSOM, ESQ. | ONE RAILROAD AVENUE | JACQUELINE M. APPEL |
| | P.O. Box 487, GOSHEN, N.Y. 10924 | BANKRUPTCY CASE MANAGER |
| | TEL: (845) 294-3596 | |
| SENIOR COUNSEL | FACSIMILE: (845) 294-8495 (NOT FOR SERVICE OF PAPERS) | MARLEE R. GOSKA |
| | EMAIL: SIMONH@HAYSOMATTORNEYS.COM | OFFICE MANAGER |
| MARK T. STARKMAN, ESQ. | LOANMOD@HAYSOMATTORNEYS.COM | |
| | ONLINE: WWW.HAYSOMATTORNEYS.COM | |

June 13, 2018

Honorable Chief Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601


Re: Margarucci, Chapter 13, Loss Mitigation, Case # 16-37112


Dear Judge Morris:

This loss mitigation status letter is submitted on behalf of Dominic Margarucci (the "Borrower"), pursuant to the Southern District of New York Mitigation Program Procedures. The next loss mitigation hearing for this case is scheduled for June 19, 2018.

On April 30, 2018 the Borrower submitted a package to Orange County Rural Development Advisory Corporation and Ronald Howard, Selene's counsel. On June 13, 2018, my office had a telephone conference with Ronald Howard regarding the status of the application. Mr. Howard informed me that the Borrower's wife, who is currently the main source of income for the household, must be added to the deed of the property in order for her income to be considered in the application. The Borrower plans to move this court for permission to deed a portion of the property to his wife, Nina Ljusic.

If you have any questions, please do not hesitate to contact the undersigned.

Yours sincerely

/s/ Simon D. Haysom


SIMON D. HAYSOM, ESQ
SDH/mg

Cc: Ronald D. Howard, Esq. via ECF